UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON SAUNDERS, | ) | 1:06-CV-00750 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S MOTION TO DISMISS |
| v. | ) | |
| | ) | [Doc. #15] |
| | ) | |
| JAMES A. YATES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     Petitioner filed the instant petition for writ of habeas corpus on June 15, 2006. On November 18, 2006, Respondent filed a motion to dismiss the petition for failure to exhaust state remedies. On January 19, 2007, Petitioner filed a notice of non-opposition to Respondent's motion to dismiss and a motion for voluntary dismissal of the petition without prejudice.  Petitioner concedes he has not completed exhaustion of his state remedies.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer . . . ." Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when

1 appropriate, to petitions filed under these rules."
2       Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to voluntarily dismiss the
3 petition is GRANTED, and the petition is DISMISSED without prejudice.
4
5 IT IS SO ORDERED.
6 **Dated:**    **February 10, 2007**                       **/s/ Anthony W. Ishii**
  0m8i78                                          UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28